147 A.3d 394

**MOTOR VEHICLE ADMINISTRATION**

v.

**KRAFFT**

**Pet. Docket No. 301, Sept.Term, 2016**

Court of Appeals of Maryland.

October 12, 2016

(No. 19-C-16-017845, Circuit Court for Somerset County).

Petition for writ of certiorari granted.

■

147 A.3d 394

**MOTOR VEHICLE ADMINISTRATION**

v.

**STYSLINGER**

**No. 308, Sept.Term, 2016**

Court of Appeals of Maryland.

October 12, 2016

(No. 412953, Circuit Court for Montgomery County).

Petition for writ of certiorari granted.